**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Percy Herbert Crandall

Case No: 21−50276 − WJF

Debtor(s)

Chapter 7 Case

**ORDER DEFERRING DISCHARGE**
**AND FOR DEBTORS TO APPEAR AT CREDITORS MEETING**

Pursuant to Local Rule 2003−1, the trustee has filed a notice that the meeting of creditors in this case was not concluded on the date scheduled.

IT IS THEREFORE ORDERED:

1. The debtor(s) and the attorney for the debtor(s) shall appear in person at the date, time, and place fixed for the adjourned meeting of creditors as set by the trustee.

2. The time for serving and filing of objections to claims of exemption is extended in accordance with Rule 4003(b) F.R.Bkr.P.

3. Pursuant to Local Rule 4004−3, entry of an order granting a discharge to the debtor(s) is deferred.

4. The trustee shall file a report immediately after the conclusion of the meeting of creditors.

5. The clerk shall provide this order as notice to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 7/8/21

William J Fisher
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on July 8, 2021
Lori Vosejpka Clerk, United States Bankruptcy Court
By: AnitaM Deputy Clerk

**mnbdfdsc** 06/03/2013 − pb